UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAUL MEJIA PEREIDA,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:18-cr-00068

### ORDER OF DETENTION

Defendant Pereida appeared before me on October 29, 2018, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered. I also note that Immigration and Customs Enforcement (ICE) has lodged a detainer against defendant. Accordingly,

**IT IS ORDERED** that the Government's motion to conduct a de novo review on release is DISMISSED AS MOOT (ECF No. 6).

**IT IS FURTHER ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on October 29, 2018.

                                            /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge